1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.NO. 1:07CR324 - AWI |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| SAMUEL JAY MILES, | CRIMINAL PROCEDURE |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 13, 2007, charging the above defendant with a violation of Title 18, United States Code, section 922(g)(1) - Felon in Possession of a Firearm - be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding
/ / /

of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: December 12, 2007

    Respectfully submitted,
    McGREGOR W. SCOTT
    United States Attorney

By /s/ Kimberly A. Sanchez

    KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney

ORDERED as prayed this _13_ day of December 2007

_____
U.S. Magistrate Judge

2