```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4000 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CR-00324 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO UNSEAL INDICTMENT |
| ) | |
| SAMUEL MILES, ) | |
| ) | |
| Defendant. ) | |

The Indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby

ORDERED this 24th day of January, that the Indictment be unsealed and made public record.

DATED: January 24, 2008

_____
DENNIS L. BECK
U.S. MAGISTRATE JUDGE

1