```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA  93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:07-CR-00324 AWI |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE OF |
| v. ) | SENTENCING (AMENDED) |
| SAMUEL MILES, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, attorney for defendant, that the sentencing hearing currently set for June 2, 2008, be continued to June 16, 2008 at 9:00 a.m.  The defendant was sent to Wasco State Prison, and recently returned causing issues with deadlines for interviews and reports in preparation for the sentencing. The probation officer requested that the parties request the

//
//
//
//

Case 1:07-cr-00324-AWI   Document 17   Filed 05/06/08   Page 2 of 2

court to set the sentencing out for one or two weeks beyond the currently scheduled date.

```
Dated: May 2, 2008                      Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                   By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: February 1, 2008                  /s/ Marc Days
                                        MARC DAYS
                                        Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   May 5, 2008**                 /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE