IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>SAMUEL JAY MILES,<br><br>      Defendant. | Case No.: 1:07-cr-00324-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on November 17, 2014 to 5 MONTHS (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  November 17, 2014           /s/ ANTHONY W. ISHII
                                    SENIOR U.S. DISTRICT JUDGE

Order of Release - 1